**Order entered November 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00826-CV

**THE CITY OF MESQUITE, TEXAS, Appellant**

**V.**

**ANTHONY WAGNER, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02864**

## ORDER

Before the Court is appellee's November 3, 2022 unopposed motion for an extension of time to file his brief. We **GRANT** the motion and extend the time to **November 23, 2022**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE